UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-23879-CIV-DIMITROULEAS-ELFENBEIN

OLGA ROSA ACOSTA,

    Plaintiff,

vs.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; CLOSING CASE

THIS CAUSE is before the Court upon the December 16, 2025, Report and Recommendation of United States Magistrate Judge Marty Fulgueira Elfenbein (the "Report") [DE 7].  Therein, Judge Elfenbein, upon *sua sponte* review of the record, recommends dismissal of the action based upon Plaintiff's failure to pay a filing fee, the denial of her IFP application, and her failure, twice, to timely submit a Long Form IFP motion as permitted by the court.

The Court notes that no objections to the Report [DE 7] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 7] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

The Court has also conducted a *de novo* review of the Report [DE 7] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 7] is hereby **ADOPTED** and **APPROVED**;

2. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** any pending motions as moot.

3. The Clerk is **DIRECTED** to **MAIL** a copy of this Order to the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 6th day of January, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record

Magistrate Judge Elfenbein

Olga Rosa Acosta
9898 NW 126 Terrace
Hialeah Gardens, FL 33018 PRO SE